# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| ANTONIO VELASCO, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PARKER PRODUCTS, INC., § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:21-cv-01083-P |

## STIPULATION OF VOLUNTARY DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, Antonio Velasco, through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismisses with prejudice all of Plaintiff's claims against Defendant Parker Products, Inc.

The Parties stipulate and agree that each will bear their own attorney's fees, costs, and expenses in this matter.

Respectfully submitted,

/s/ Ali Crocker Russell
Ali Crocker Russell
State Bar No.: 24098868
CROCKER RUSSELL & ASSOCIATES
2401 Callender Road, Suite 103
Mansfield, Texas 76063
Tel: (817) 482-6570
Fax: (682) 232-1850
Ali@cralawfirm.com
**ATTORNEY FOR PLAINTIFF**


/s/Jacqueline C. Johnson

                                        Jacqueline C. Johnson
                                        State Bar No.: 00790973
                                        jjohnson@constangy.com
                                        Hunter Johnson
                                        State Bar No.: 10753900
                                        hjohnson@constangy.com
                                        CONSTANGY, BROOKS, SMITH, &
                                        PROPHETE, LLP
                                        1201 Elm Street, Suite 2550
                                        Dallas, Texas 75270
                                        Tel: (214) 646) 8625
                                        Fax: (214) 749-0078
                                        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    On January 25, 2023, I electronically submitted the forgoing instrument with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule Civil Procedure 5(b)(2).


                                        /s/ Ali Crocker Russell
                                        Ali Crocker Russell